James B. Ball (#007339)
Ball, Santin & McLeran, PLC
2999 N. 44th Street, Suite 500
Phoenix, Arizona 85018
(602) 840-1400
ball@bsmplc.com
Attorney for Credit Acceptance Corp.

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Manuel E Castillo,<br>        Debtor.<br>Credit Acceptance Corp.,<br><br>        Movant,<br><br>vs.<br><br>Manuel E Castillo, Debtor, and<br>Edward J. Maney, Trustee,<br><br>        Respondents. | Chapter 13<br><br>No. 2:20-bk-11819-PS<br><br><br><br>**NOTICE OF MOTION FOR RELIEF FROM THE CO-DEBTOR STAY**<br><br><br>Re: 2019 Chevrolet Spark |

NOTICE IS GIVEN that movant, Credit Acceptance Corp., a creditor herein, has filed a Motion for Relief from the Co-Debtor Stay ("Motion"). The Motion provides, in essence, that Credit Acceptance Corp. seeks to have the co-debtor stay of 11 U.S.C. Section 1301(c) terminated and annulled to permit Credit Acceptance Corp. to exercise its rights of lien enforcement on the following described personal property:

    2019 Chevrolet Spark

    VIN KL8CB6SA4KC807776 (the "Collateral"). Credit Acceptance Corp. is owed a balance of $18,369.11.

The Chapter 13 Plan filed by the Debtor does not make provision for payment of the Debt in full. The Order Confirming the Chapter 13 Plan indicates that the Collateral will be surrendered.

Any person opposing the Motion shall file a written objection with the Clerk of the United States Bankruptcy Court, on or before 14 days from the date this notice is mailed. A copy of the objection must be mailed to the attorney for the movant, to the attorney for the Debtor, and to the trustee at the following addresses:

| | |
|---|---|
| Attorney for Credit Acceptance Corp.: | James B. Ball<br>Ball, Santin & McLeran, PLC<br>2999 N. 44th Street, Suite 500<br>Phoenix, Arizona 85018 |
| Attorney for Debtor: | Thomas Adams McAvity<br>Phoenix Fresh Start Bankruptcy Attorneys<br>4131 Main Street<br>Skokie, IL 60076-2780 |
| Trustee: | Edward J. Maney<br>101 N. First Avenue, #1775<br>Phoenix, AZ 85003 |

If a party in interest timely objects to the Motion in writing and requests a hearing, the matter will be placed on the calendar to be heard by a United States Bankruptcy Judge. If there is no timely written objection and request for hearing filed, no hearing will be held and the court may summarily enter an order approving the Motion.

DATED this 20th day of September 2021.

By /s/ James B Ball #007339
James B. Ball
Ball, Santin & McLeran, PLC
2999 N. 44th Street, Suite 500
Phoenix, Arizona 85018
Attorney for Credit Acceptance Corp.

BALL, SANTIN & MCLERAN, PLC
2999 N. 44TH STREET, SUITE 500
PHOENIX, ARIZONA 85018
(602) 840-1400

BALL, SANTIN & MCLERAN, PLC
2999 N. 44TH STREET, SUITE 500
PHOENIX, ARIZONA 85018
(602) 840-1400

Efiled the 20th day of September, 2021.
COPIES of the foregoing mailed
the 21st day of September 2021 to:

Manuel E Castillo
1500 W Thunderbird Rd, Apt 102
Phoenix, AZ 85023
Debtor

Marluh G Nasario Alatorre
PO Box 45471
Phoenix, AZ 85064-5471
Nonfiling Co-Debtor

Thomas Adams McAvity
Phoenix Fresh Start Bankruptcy Attorneys
4131 Main Street
Skokie, IL 60076-2780
Attorney for Debtor

Edward J. Maney, Trustee
101 N. First Avenue, #1775
Phoenix, AZ 85003

/s/ Erin O'Brien